
RECEIVED
IN MONROE, LA
NOV 14 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| NAVADA N. FOSTER | CIVIL ACTION NO. 07-1519 |
| VERSUS | JUDGE ROBERT G. JAMES |
| OUACHITA CORRECTIONAL CENTER, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons set forth in this Court's Ruling,

The Court ADOPTS IN PART and DECLINES TO ADOPT IN PART the Report and Recommendation [Doc. No. 4] and DECLINES TO ADOPT the supplemental Report and Recommendation [Doc. No. 16].

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all of Plaintiff Navada N. Foster's ("Foster") claims against Defendant Ouachita Correctional Center ("OCC") are DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C. §§ 1915(e)(2)(B)(i) and (ii) and 1915A(b)(1).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Foster's claims against Defendants Ouachita Parish Sheriff Richard Fewell and OCC Warden Don Wheelis for violating the Equal Protection Clause of the Fourteenth Amendment are DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C. §§ 1915(e)(2)(B)(i) and (ii) and 1915A(b)(1).

Foster's remaining claims against Ouachita Parish Sheriff Richard Fewell and OCC Warden Don Wheelis for violating the Free Exercise Clause of the First Amendment and the Religious Land

Use and Institutionalized Persons Act, 42 U.S.C. § 2000cc-1(a), will be addressed in a separately issued order.

MONROE, LOUISIANA, this 14 day of November, 2008.

*[signature]*
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE