RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 8/3/09
BY ___

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| NAVADA N. FOSTER | CIVIL ACTION NO. 07-1519 |
| VERSUS | JUDGE ROBERT G. JAMES |
| OUACHITA CORRECTIONAL CENTER, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 32] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants' Motion for Summary Judgment [Doc. No. 29] is GRANTED, and Plaintiff's civil rights action is DISMISSED WITH PREJUDICE for purposes of proceeding in an *in forma pauperis* proceeding pursuant to 28 U.S.C. § 1915(d).

MONROE, LOUISIANA, this 3 day of August, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE